MICHAEL R. SCOLNICK (MS9984)
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Facsimile: 845-365-1506
Attorneys for Plaintiff

**MICROFILM**

OCT 1 5 2007

**USDC SD NY WP**

**United States District Court**
Southern District of New York
_____

**GLORIA WARE,**

       *Plaintiff,*

      -against-

**TOWN OF HAVERSTRAW, CHARLES MILLER,** *Chief of the Town of Haverstraw Police Department,* **POLICE OFFICER JOSE M. MARTINEZ, POLICE OFFICER MICHAEL CRUGER, POLICE OFFICER EDWARD DEVOE, POLICE OFFICER GARY LAZAR, SERGEANT PETER MURPHY, and LIEUTENANT MARTIN LUND**

       *Defendants,*
_____

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*



I, **GLORIA WARE,** am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.     If you are presently employed:
          a) give the name and address of your employer
               **I am not currently employed**
          b) state the amount of your earnings per month
               **not applicable**

2.     If you are **NOT PRESENTLY EMPLOYED:**
          a) state the date of start and termination of your last employment
               **2/15/06 through July or August 2006**
          b) state your earnings per month.
               **$700.00**

     **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3.     Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

a) Are you receiving any public benefits?

**Food stamps and Medicaid**

b) Do you receive any income from any other source?      ✗ No      ☐ Yes

4.   Do you have any money, including any money in a checking or savings account? If so, how much?

**No, I have no cash, bank accounts or securities**

5.   Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

✗ No, I am currently guardian of my disabled sons affairs

☐ Yes

6.   List the person(s) that you pay money to support and the amount you pay each month.

**I contribute money to support three of my children, Devon Ware, age 10, Thomas Smith, age 16, and Leon Smith, age 18, all of which live with me.**

7.   Do you pay for rent or for a mortgage? If so, how much each month?

**No**

8.   State any special financial circumstances which the Court should consider.

I am unable to pay the costs, fees and expenses necessary to assert my rights in this case.

No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

        **WHEREFORE,** I request (a) that all fees relating to the filing and service of this action or proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

_GLORIA WARE_

Sworn to before me this
2ⁿᵈ day of July, 2007

_NOTARY PUBLIC_

WARREN COHEN
NOTARY PUBLIC, State of New York
No. 01CO4784063
Qualified in Rockland County
Commission Expires March 30, 2011

2

Application Granted.
So Ordered:

u-s.D/J.

October 15, 2007, White Plains, NY